# Order

Michigan Supreme Court
Lansing, Michigan

May 12, 2021

162255(87)

DAVID SWANSON,
      Plaintiff-Appellee,

v

BRENDA BRADLEY,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162255
COA: 350004
Kent CC: 17-008674-CH

On order of the Chief Justice, the motion for clarification is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2021



Clerk